**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STEPHEN PAROSKI, | § | |
| PLAINTIFF, | § | |
| | § | No. 3:12-CV-210-N (BF) |
| v. | § | |
| | § | |
| ERICSSON INC.  AND | § | |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON (PUBL). | § | |
| DEFENDANTS. | § | |

## ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings and Recommendation of United States Magistrate Judge Paul D. Stickney.  Defendant filed a motion for reconsideration, which the Court construes as objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made.  The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  The Court also grants Defendants' motion to strike Plaintiff's amended complaint, which was filed without leave of court and denies Plaintiff's motion to stay.

Defendants' Motion to Dismiss for lack of subject matter jurisdiction (doc. 27) is hereby GRANTED.

**SO ORDERED** this 3rd day of December, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE